# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2972
LT Case No. 2023-CA-000272

_____

DAVID LEFORGE and LUDA
CHRISTINE LEFORGE,

    Appellants,

    v.

BARRY MCCONNELL,
NICHOLLETTE MCCONNELL, and
ON BUDGET TREE SERVICE, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Marion County.
Gary Lamar Sanders, Judge.

Joseph C. Shoemaker, of Bogin, Munns, & Munns, P.A.,
Leesburg, for Appellants.

Bradford J. Tropello, Esq., of Judicious Law, P.A., Ocala, for
Appellees.

February 17, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____